UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STACEY L. HARRIS,

               Plaintiff,

-against-

CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION, TRANS UNION, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,

               Defendants.

**ORDER**

21 Civ. 3886 (ER)

    The Court having been advised that an agreement in principle has been reached as between plaintiff Harris and remaining defendants Experian Information Solutions, Inc. and Trans Union, LLC as to all claims asserted herein, it is ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated **within thirty (30) days** of the date hereof.

    Any application to reopen must be filed **within thirty (30) days** of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, the parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court **within the next thirty (30) days** with a request that the agreement be "so ordered" by the Court.

    SO ORDERED.

Dated:   October 27, 2021
            New York, New York

                                                              Edgardo Ramos, U.S.D.J.